
    
    

	
		
    
        
            
                
            
        
    

	


      



    
        
            
            Colorado Supreme Court 2 East 14th Avenue Denver, CO 80203
            
            
            DATE FILED: May 10, 2016
            
        
        
            
            Certiorari to the Court of Appeals, 2010CA1584 District Court, Arapahoe County, 2009CR1352
            
        
        
             
            Petitioner:
            
            The People of the State of Colorado,
            
            v.
            Respondent:
            
            Lindsey Thomas Harding.
            
        
        
            
            Supreme Court Case No: 2013SC582
            
        
        
            
            JUDGMENT AFFIRMED BY OPERATION OF LAW
            
        
    

 
Upon consideration of the Record on Appeal, together with the Written and Oral Arguments of counsel,
Chief Justice Rice, Justice Coats, and Justice Hood are of the opinion that the judgment of the Colorado Court of Appeals, announced June 27, 2013, in 2010 CA 1584 should be affirmed, whereas Justice Eid, Justice Márquez, and Justice Boatright
are of the opinion that it should be reversed.
Since the court is equally divided, the decision of the Colorado Court of Appeals is affirmed by operation of law. See C.A.R. 35 (e).
BY THE COURT, EN BANC, MAY 10, 2016. JUSTICE GABRIEL does not participate.






  
  
